FILED CM
4/8/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:22-CR-00213 |
| | ) | |
| v. | ) | Violation: Title 18, United States Code, |
| | ) | Section 666(a)(1)(B) |
| DANIEL SOLIS | ) | |

JUDGE WOOD
MAGISTRATE JUDGE CUMMINGS

The UNITED STATES ATTORNEY charges:

From no later than in or around July 2015 and continuing to on or about September 24, 2015, at Chicago, in the Northern District of Illinois and elsewhere,

DANIEL SOLIS,

defendant herein, being an agent of the City of Chicago, a local government that received federal benefits in excess of $10,000 in the twelve-month period from January 1, 2015, through December 31, 2015, corruptly solicited, accepted and agreed to accept, things of value, namely, campaign contributions, intending to be influenced and rewarded in connection with a transaction and series of transactions of the City of Chicago involving a thing of value of $5,000 or more, namely, amendments to a zoning ordinance sought by Developer A;

In violation of Title 18, United States Code, Section 666(a)(1)(B).

_____
UNITED STATES ATTORNEY