CAT 3.

FILED

4/8/2022

CM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE WOOD
MAGISTRATE JUDGE CUMMINGS

1:22-CR-00213

Felony

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1.      Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No**

      1a.     If the answer is "Yes," list the case number and title of the earliest filed complaint:  **N/A**

      1b.     Should this indictment or information receive a new case number from the court? **Yes**

2.      Is this an indictment or information that supersedes one or more previously-filed indictments or informations?  **No**

      2a.     If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3.      Is this a re-filing of a previously dismissed indictment or information?  **No**

4.      Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?  **No**

5.      Is this a transfer of probation supervision from another district to this District?  **No**

6.      What level of offense is this indictment or information?  **Felony**

7.      Does this indictment or information involve eight or more defendants?  **No**

8.      Does this indictment or information include a conspiracy count?  **No**

9.      Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:  **Other Fraud (III)**

10.     List the statute of each of the offenses charged in the indictment or information.
      **18 U.S.C. § 666.**

           */s/ Amarjeet S. Bhachu*
           AMARJEET S. BHACHU
           Assistant United States Attorney